**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6112**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

NATHAN LOYAL HOWARD, a/k/a Nathan Hale,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, District Judge.  (CR-94-26, CA-96-415-1)

---

Submitted:  May 15, 1997                    Decided:  June 3, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nathan Loyal Howard, Appellant Pro Se.  John Castle Parr, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 18 U.S.C. § 3582(c)(2) (1994), to modify or reduce his sentence. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Howard, Nos. CR-94-26; CA-96-415-1 (S.D.W. Va. Dec. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED